**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY BLUITT,<br><br>    Defendant.<br>_____/ | No. CR 92-00001 CRB<br><br>**ORDER** |

Now pending before the Court is defendant's motion pursuant to 18 U.S.C. section 3582(c)(2) for a sentence reduction. The government shall file a response on or before February 10, 2006. The Court will take the motion under submission at that time.

**IT IS SO ORDERED.**

Dated: January 6, 2006

                                              CHARLES R. BREYER<br>                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\1986-94\92-0001\orderrebriefing.wpd